## STODOLA v. LOEWY.

[No. 9,044. Filed June 7, 1916.]

From Lake Superior Court; *Joseph H. Conway*, Special Judge.

J. K. Stinson, for appellant.
Moran & Dyer, for appellee.

PER CURIAM.—Judgment affirmed.